# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**SANDY WILLIAMS**                                              **PLAINTFF**

**V.**                         **2:19CV0006 JM**

**CITY OF HELENA-WEST HELENA, et al,**                          **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this day, Judgment is hereby entered in favor of the Defendants and against the Plaintiff.

IT IS SO ORDERED this 9th day of March, 2020.

_____
James M. Moody Jr.
United States District